UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joe Clinton Joyner                                   Docket No. 5:06-CR-123-1H

Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joe Clinton Joyner, who, upon an earlier plea of guilty to 18 U.S.C. § 2113(a), Bank Robbery, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 13, 2007, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Joe Clinton Joyner was released from custody on January 23, 2018, at which time the term of supervised release commenced. On March 13, 2018, the court was advised that the defendant tested positive for cocaine and was continued on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 22, 2018, the defendant submitted a urine sample that tested positive for cocaine. The defendant had previously completed a substance abuse assessment at Integrated Behavioral Healthcare Services, with no further treatment recommended. As a result of the positive testing for cocaine, we are recommending that the defendant return to Integrated Behavioral Healthcare Services for individual substance abuse counselling and a mental health assessment. The defendant will continue to be enrolled in the surprise urinalysis program as well. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Eddie J. Smith                              /s/ Lee Holmes
Eddie J. Smith                                  Lee Holmes
Supervising U.S. Probation Officer              Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2568
                                                Executed On: April 10, 2018

Joe Clinton Joyner
Docket No. 5:06-CR-123-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __12th__ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge